UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**DARRELL SMITH**

**VERSUS**  NO. 2:20-CV-2281

**LOUISIANA STATE POLICE ET AL**  JUDGE ELDON E. FALLON

## MOTION TO VOLUNTARILY DISMISS PETITION

COMES NOW Darrell Smith through undersigned counsel who respectfully moves this Court under F.R.C.P. art. 15 to permit Plaintiff to voluntarily dismiss without prejudice under F.R.C.P. 4(m).

Respectfully Submitted,

_/s/Christopher J. Murell_____
Christopher J. Murell (#32075)
Lance C. Unglesby (#29690)
**Unglesby Law Firm**
246 Napoleon Street
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

Ronald S. Haley, Jr. (#30900)
HALEY & ASSOCIATES ATTORNEYS AT LAW, LLC
8211 Goodwood Blvd Suite E
Baton Rouge, LA 70806
Office: 225-663-8869
Facsimile: 888-900-9771
rhaley@ronaldhaleylawfirm.com

Dedrick A. Moore (#30329)
DEDRICK A. MOORE ATTORNEYS AT LAW, LLC

1

4962 Florida Blvd
Baton Rouge LA, 70806
Phone: (225) 412-0412
Fax: (225) 412-0414

### CERTIFICATE

I hereby certify that a copy of the foregoing pleading was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

New Orleans, Louisiana this **16** day of **March**, 2021.

**/s/ Christopher J. Murell**
**CHRISTOPHER J. MURELL**

Ronald S. Haley, Jr. (#30900)

**Haley & Associates**

8211 Goodwood Blvd., Suite E

Baton Rouge, Louisiana 70806

Telephone: (225) 663-8869

Fax: (225) 888-900-9771

Rhaley@ronaldhaleylawfirm.com**CERTIFICATE**

I hereby certify that a copy of the foregoing pleading was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

New Orleans, Louisiana this **16** day of **March**, 2021.

2

3

        **/s/ Christopher J. Murell**
        **CHRISTOPHER J. MURELL**